

# Fourth Court of Appeals
## San Antonio, Texas

January 23, 2014

No. 04-13-00662-CR

James Fuller **FITZGERALD**,
Appellant

v.

**THE STATE OF TEXAS,**
Appellee

From the 216th Judicial District Court, Bandera County, Texas
Trial Court No. CR-12-112
The Honorable N. Keith Williams, Judge Presiding

## O R D E R

The Appellant's Motion for Extension of Time to File Brief is hereby GRANTED. The Appellant's brief is due on January 28, 2014.

_____
Karen Angelini, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 23rd day of January, 2014.

_____
Keith E. Hottle
Clerk of Court